UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSHUA KELLIER,<br><br>        Petitioner,<br><br>  -against-<br><br>WARDEN BRIAN AULIFFE,<br><br>        Respondent. | 24 CIVIL 8253 (LTS)<br><br>**CIVIL JUDGMENT** |

 For the reasons stated in the June 30, 2025, order, this action is dismissed.

 The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962) . SO ORDERED.

Dated: July 1, 2025

   New York, New York

                    /s/ Laura Taylor Swain
                    LAURA TAYLOR SWAIN
                 Chief United States District Judge